IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESSIVE BUYERS & SELLERS, LLC and JULIE CARPER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | 4:09CV3232 |
| COLDWELL BANKER TOWN & COUNTRY REALTY OF KEARNEY, LLC, et al., | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

    This matter is before the magistrate judge on Motions to Stay Discovery filed by defendants, Nebraska Real Estate Commission (Filing 56); Buffalo County Board of Realtors, Nebraska Realtors Association, and Tara Rost (Filing 69); and Kerry Pearson (Filing 73).

    The parties' Rule 26(f) planning report is due March 1, 2010; however, several dispositive motions are pending and the plaintiffs very recently filed a motion to Dismiss their claims against the Nebraska Real Estate Commission.

    Noting the plaintiffs' response in objection (Filing 76), the court finds that the defendants' motions should be granted, as it will be difficult for counsel to devise a useful planning report not knowing which parties and claims will remain pending in the case.

    **IT IS ORDERED** that the defendants' motions (Filings 56, 69 and 73) are granted. Discovery, including the exchange of initial disclosures pursuant to Fed. R. Civ. 26(a)(1)(A) and the obligation to confer pursuant to Fed. R. Civ. P. 26(f), is stayed until further order. A new Rule 26(f) reporting deadline will be set after the district court rules on the defendants' dispositive motions.

    **DATED February 17, 2010.**

                                              BY THE COURT:

                                              s/ F.A. Gossett
                                              United States Magistrate Judge