IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PROGRESSIVE BUYERS & SELLERS, LLC, etc., et al.,** | ) ) ) | **CASE NO. 4:09CV3232** |
| **Plaintiffs,** | ) ) ) | **ORDER** |
| vs. | ) ) | |
| **COLDWELL BANKER TOWN AND COUNTRY REALTY OF KEARNEY, LLC, etc., et al.,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on Plaintiffs' Motion For Leave to File Brief in Opposition to Motions to Dismiss Out of Time (Filing No. 81). Plaintiffs' Brief was due February 24, 2010, after the granting of one extension of time, and the Motion for Leave to File Out of Time was filed on February 28, 2010. In the interest of justice, the Court will grant the Plaintiffs' Motion, and the Plaintiffs will file as a separate docket entry the Brief attached to the Motion. The Defendants, Buffalo County Board of Realtors, Nebraska Realtors Association, and Tara Rost shall have until March 12, 2010, to file any Reply to the Plaintiffs' Brief.

IT IS ORDERED:

1. Plaintiffs' Motion For Leave to File Brief in Opposition to Motions to Dismiss Out of Time (Filing No. 81) is granted;

2. Plaintiffs shall file as a separate docket entry the Brief attached to the Motion for Leave to File Brief in Opposition to Motions to Dismiss Out of Time; and

3. Defendants Buffalo County Board of Realtors, Nebraska Realtors Association, and Tara Rost shall have until March 12, 2010, to file any Reply to The Plaintiffs' Brief.

DATED this 1st day of March, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge