IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESSIVE BUYERS & SELLERS, LLC and JULIE CARPER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 4:09CV3232 |
| COLDWELL BANKER TOWN & COUNTRY REALTY OF KEARNEY, LLC, et al., | ) ) ) ) | SCHEDULING ORDER |
| Defendants. | ) ) | |

Upon Judge Smith Camp's ruling on the defendants' dispositive motions,

**IT IS ORDERED** that counsel for the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and shall file their planning report with the court no later than April 1, 2010.

**DATED March 15, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**