IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PROGRESSIVE BUYERS & SELLERS, LLC and JULIE CARPER,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 4:09CV3232 |
| **COLDWELL BANKER TOWN & COUNTRY REALTY OF KEARNEY, LLC, et al.,** | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

    This matter is before the magistrate judge on the Motion to Withdraw (Doc. 100) filed by plaintiffs' counsel, Bernard J. Glaser, Jr.  For good cause shown, the court finds that the motion should be granted.  The plaintiffs will continue to be represented by attorney David G. Sigale.

    **IT IS ORDERED** that the Motion to Withdraw (Doc. 100) is granted, as follows:

    1. Bernard J. Glaser, Jr. is granted leave to withdraw as counsel for plaintiffs, **Progressive Buyers & Sellers, LLC**, a Nebraska Limited Liability Company d/b/a Assist2sell and **Julie Carper**.

    2. The court will terminate future electronic notices to Mr. Glaser in this case.

**DATED April 27, 2010.**

                                 BY THE COURT:

                                 s/ F.A. Gossett
                                 **United States Magistrate Judge**