IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESSIVE BUYERS & SELLERS, LLC and JULIE CARPER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 4:09CV3232 |
| COLDWELL BANKER TOWN & COUNTRY REALTY OF KEARNEY, LLC, et al., | ) ) ) ) ) | ORDER AND NOTICE OF HEARING |
| Defendants. | ) | |

This matter is before the court on "DEFENDANT BUFFALO COUNTY BOARD OF REALTORS' RULE 37 MOTION FOR RELIEF FROM VIOLATION OF DISCOVERY ORDER, OR IN THE ALTERNATIVE, TO COMPEL RULE 26(A)(1) DISCLOSURES AND DISCOVERY RESPONSES."

**IT IS ORDERED:**

1. The motion (Doc. 126) is set for hearing on **Monday, August 2, 2010 at 10:30 AM** in Courtroom 6, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, Nebraska, which is the time reserved for the hearing on Mr. Sigale's motion to withdraw.

2. Mr. Sigale shall send a copy of defendant's Motion (Doc. 126) to plaintiff, Julie Carper, and file a certificate of service showing compliance with this order.

DATED July 19, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**