## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROGRESSIVE BUYERS & SELLERS, LLC and JULIE CARPER, ) ) ) | |
| Plaintiffs, ) ) | 4:09cv3232 |
| vs. ) ) | ORDER |
| COLDWELL BANKER TOWN & COUNTRY REALTY OF KEARNEY, LLC, et al., ) ) ) ) | |
| Defendants. ) | |

This matter is before the court concerning the Rule 16 conference previously scheduled for August 16, 2010 at 9:30 a.m. The hearing should be cancelled at this time.

**IT IS ORDERED:**

1. The Rule 16 conference set for August 16, 2010 is cancelled, to be rescheduled by further order of the court.

2. The Clerk shall mail a copy of this Order to the plaintiff, Julie Carper.

Dated this 5th day of August 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge