IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESSIVE BUYERS & SELLERS, LLC and JULIE CARPER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 4:09CV3232 |
| COLDWELL BANKER TOWN & COUNTRY REALTY OF KEARNEY, LLC, et al., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the MOTION TO COMPEL INITIAL DISCLOSURES (Filing 142) filed by defendant, Kerri Pearson.  Defendant has served plaintiff with a copy of the motion.

**IT IS ORDERED:**

1. On or before **September 10, 2010**, plaintiff, Julie Carper, shall serve the disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on defendant Kerri Pearson and shall file with the court a **certificate of service** showing compliance with this paragraph and listing the names and addresses of the persons to whom the disclosures were sent.

2. On or before **September 13, 2010**, plaintiff, Julie Carper, shall file with the court a written response to the defendant's Motion to Compel Initial Disclosures (Filing 142), together with a **certificate of service** showing compliance with this paragraph and listing the names and addresses of the persons to whom the response was sent.

3. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or dismissal of the action, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

4. Counsel for defendant Kerri Pearson shall file a status report no later than **September 20, 2010**, advising whether Ms. Carper has complied with paragraph 1 of this Order.

DATED August 26, 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge