IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROGRESSIVE BUYERS & SELLERS, LLC and JULIE CARPER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 4:09CV3232 |
| COLDWELL BANKER TOWN & COUNTRY REALTY OF KEARNEY, LLC, et al., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the MOTION TO COMPEL INITIAL DISCLOSURES (Filing 144) filed by defendant, Matthew Meister. Defendant has served plaintiff with a copy of the motion.

**IT IS ORDERED:**

1. On or before **September 10, 2010**, plaintiff, Julie Carper, shall serve the disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on defendant Matthew Meister and shall file with the court a **certificate of service** showing compliance with this paragraph and listing the names and addresses of the persons to whom the disclosures were sent.

2. On or before **September 14, 2010**, plaintiff, Julie Carper, shall file with the court a written response to the defendant's Motion to Compel Initial Disclosures (Filing 142), together with a **certificate of service** showing compliance with this paragraph and listing the names and addresses of the persons to whom the response was sent.

3. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or dismissal of the action, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

4. Counsel for defendant Matthew Meister shall file a status report no later than **September 20, 2010**, advising whether Ms. Carper has complied with paragraph 1 of this Order.

DATED August 27, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**